

January 19, 2024

**VIA ECF**
Hon. Jennifer L. Rochon, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Courtroom 20B
New York, New York 10007-1312

        Re: Velasquez v. Vang Olsen, et al.
           Case No. 23-cv-09299

Dear Judge Rochon:

 I am counsel for Defendant MIMI VANG OLSEN i/s/h/a MIMI VANG OLSEN, a New York corporation, d/b/a MIMI VANG OLSEN- THE PORTRAIT PAINTER ("Vang Olsen") in the above-referenced matter.

 I am writing regarding the Court's January 12, 2024 Order (ECF Doc. No. 14-no document attached) directing Vang Olsen to file proof of service of the cross-claim upon co-defendant 545 Hudson St. Condominium or file a letter explaining why service was not made.

 I have been in contact with my process server, as recently as yesterday, who advises that they are still attempting to effectuate service on the co-defendant.

 As such, I respectfully request an additional two weeks to effectuate service or otherwise update the Court.

 I appreciate the Court's time and consideration.

Respectfully submitted,

LAW OFFICES OF
DAVID A. ANTWORK, P.C.

*David A. Antwork*

DAVID A. ANTWORK (DA1168)

cc: B. Bradley Weitz, Esq. (via ECF)

The request is **GRANTED**. Defendant Vang Olsen shall file proof of service of the cross-claim upon co-defendant 545 Hudson St. Condominium on or before **February 2, 2024**.

Dated: January 19, 2024
   New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**