## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,
    Plaintiff,

vs.

MIMI VANG OLSEN, a New York corporation, d/b/a MIMI VANG OLSEN-THE PORTRAIT PAINTER, and THE 545 HUDSON ST CONDOMINIUM, a New York corporation,
    Defendants.
_____/

CASE NO. 1:23-cv-09299-JLR

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendant, MIMI VANG OLSEN, a New York corporation, d/b/a MIMI VANG OLSEN-THE PORTRAIT PAINTER, who, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement, and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 21st day of July, 2024.

By: _____
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Fax: (305) 704-3877
Email: BBW@weitzfirm.com
*Attorneys for Plaintiff*

By: _____
David A. Antwork, Esq.
Law Offices of David A. Antwork, P.C.
1757 Merrick Avenue, Suite 207
Merrick, NY 11566
Telephone: (516)-757-5634
Fax: (516) 746-2611
Email: dantwork@davidantworklaw.com
*Attorney for Mimi Vang Olsen*

**SO ORDERED:**

_____
Jennifer L. Rochon, U.S.D.J.

Date: July 23, 2024